No. 76–209. COMMON CARRIER CONFERENCE-IRREGULAR ROUTE ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–210. SPIVEY *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 76–217. STONE ET UX. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–222. ESTATE OF THALHEIMER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 76–227. PACIFIC FM, INC., DBA RADIO STATION K–101 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 76–251. SUDLER, NOW DuFRESNE *v.* SUDLER. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–253. BERGH *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–262. GOLDSTEIN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–275. BAND–AGE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied.

No. 76–277. DALEY *v.* ROSE AVIATION, INC. C. A. 9th Cir. Certiorari denied.

No. 76–280. FORSTER ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.